UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| DAVID DOYLE WILLIAMS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 2:12-cv-430 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Lee |
| ) | |
| *Defendant.* ) | |
| ) | |

## **ORDER**

On September 23, 2013, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 15) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that: (1) Plaintiff's Motion for Judgment on the Pleadings (Doc. 11) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 13) be granted; (3) the Decision of the Commissioner be affirmed; and (4) this action be dismissed.

Plaintiff has filed objections to the Magistrate Judge's Report and Recommendation. (Doc. 16). However, Plaintiff's objections are merely reiterations of the original arguments raised in his Motion for Judgment on the Pleadings. (*Compare* Doc. 16 *and* Doc. 11). Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Lee's well-reasoned and well-supported Report and Recommendation, in which she fully addressed Plaintiff's arguments.

Accordingly, the Court **ACCEPTS and ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b); Plaintiff's Objections (Doc. 16) are **OVERRULED**; Plaintiff's Motion for

Judgment on the Pleadings (Doc. 11) is **DENIED**; Defendant's Motion for Summary Judgment (Doc. 13) is **GRANTED**; the decision of the Commissioner is **AFFIRMED**; and this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 8th day of January, 2014.

                                             */s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE